IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

| | |
|---|---|
| CAL DIVE OFFSHORE CONTRACTORS, INC., CAL DIVE INTERNATIONAL, INC., and GULF OFFSHORE CONSTRUCTION INC., | * * * * * |
| Plaintiffs, | * * |
| v. | * Case No. 14-cv-00504-MCR-CJK * |
| M/V SAMPSON, her engines, tackle, appurtenances, equipment, etc., *in rem*, and CVI GLOBAL LUX OIL AND GAS 4 S.a.r.l. and CARVAL INVESTORS, LLC, *in personam*, | * * * * * * |
| Defendants. | * |

## ORDER DIRECTING THE ISSUANCE OF THE PROCESS OF ATTACHMENT AND GARNISHMENT

Plaintiffs' Motion for Order Directing the Issuance of the Process of Attachment and Garnishment is hereby **GRANTED**.

Pursuant to Supplemental Rule (B)(1) and Local Admiralty Rule B(3)(a), the Clerk is directed to issue the summons and process of attachment and garnishment in the above-styled action.

ORDERED on this 25Th day of September, 2014.

M. Casey Rodgers
UNITED STATES DISTRICT JUDGE