IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

| | |
|---|---|
| CAL DIVE OFFSHORE CONTRACTORS, INC., CAL DIVE INTERNATIONAL, INC., and GULF OFFSHORE CONSTRUCTION INC.  *  *  *  *  *  Plaintiff,  *  *  v.  *  *  M/V SAMPSON, her engines, tackle, appurtenances, equipment, etc., *in rem*, and CVI GLOBAL LUX OIL AND GAS 4 S.a.r.l. and CARVAL INVESTORS, LLC, *in personam,*  *  *  *  *  *  *  Defendants.  * | Case No. 14-cv-00504 |

**VERIFIED STATEMENT OF RIGHT OR INTEREST**

**NOW INTO COURT**, through undersigned counsel, comes CVI Global Lux Oil and Gas 4 S.a.r.l. ("CVI"), and hereby enters this restrictive appearance as owner and claimant of the M/V SAMPSON, her engines, tackle, furniture, appurtenances, etc., pursuant to Rules C(6)(a) and E(8) of the *Supplemental Rules for Certain Admiralty and Maritime Claims,* with a full reservation of all rights and defenses which may be available to it or the M/V SAMPSON, including but not limited to, personal and/or subject matter jurisdiction, venue, service of process, and all such other defenses as may be available, none of which shall be deemed to have been waived, and prays to defend the M/V SAMPSON, *in rem*, accordingly.

RESPECTFULLY SUBMITTED:

*/s/ Lawrence R. DeMarcay III*
LAWRENCE R. DEMARCAY, III (FL Bar #20528)
FOWLER, RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504) 523-2705
*Attorneys for CVI Global Lux Oil and Gas 4 S.a.r.l. and the M/V SAMPSON*