IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

| | |
|---|---|
| CAL DIVE OFFSHORE CONTRACTORS, INC., CAL DIVE INTERNATIONAL, INC., and GULF OFFSHORE CONSTRUCTION INC. | * * * * * |
| Plaintiff, | * * |
| v. | Case No. 14-cv-00504 * * |
| M/V SAMPSON, her engines, tackle, appurtenances, equipment, etc., *in rem*, and CVI GLOBAL LUX OIL AND GAS 4 S.a.r.l. and CARVAL INVESTORS, LLC, *in personam*, | * * * * * * |
| Defendants. | * |

**VESSEL RELEASE BOND**

**KNOW ALL MEN BY THESE PRESENTS,** that we, CVI Global Lux Oil and Gas 4 S.a.r.l., as principal, and Aspen American Insurance Company, as surety, are held and firmly bound unto the United States Marshal for the Northern District of Florida, his successor and successors, for the benefit of the plaintiffs, Cal Dive Offshore Contractors, Inc., Cal Dive International, Inc., and Gulf Offshore Construction Inc., in the sum of TWO MILLION, FOUR HUNDRED THIRTY-FIVE THOUSAND, ONE HUNDRED EIGHTY AND 0/100 ($2,435,180.00) DOLLARS, lawful money of the United States of America,

**WHEREAS,** in consideration for the plaintiffs releasing the M/V SAMPSON from arrest under Rule C and attachment under Rule B, and refraining from re-arresting or otherwise detaining or taking any action whatsoever against said vessel, or any other property in any company, in the same or associated ownership, management or control in connection with the

1

captioned matter, CVI Global Lux Oil and Gas 4 S.a.r.l., as principal, and Aspen American Insurance Company, as surety, are hereby posting this Special Vessel Release Bond in the Northern District of Florida in the captioned action,

**WHEREAS**, it is understood and agreed that the signing of his Vessel Release Bond by Fowler Rodriguez, L.P. is not be construed as binding the firm, but is to be binding upon CVI Global Lux Oil and Gas 4 S.a.r.l., its successors and assigns,

**WHEREAS,** this Vessel Release Bond is written entirely without prejudice as to any rights or defenses which the M/V SAMPSON or its owners may have under general maritime law, statutes in effect, and/or any other applicable law, none of which is to be regarded as waived, except as may be predicated on the absence of the vessel from the jurisdiction,

**WHEREAS**, it is the intent of this Vessel Release Bond that the rights of the parties shall be, and for all purposes shall be taken to be, precisely the same as they would have been had the vessel continued to be held by the United States District Court for the Northern District of Florida,

**NOW, THEREFORE,** the condition of this obligation is such that if the said principal shall abide by all orders of the Court, interlocutory or final, and pay to the plaintiffs or any plaintiff the amount awarded to the plaintiffs or any plaintiff and against the M/V SAMPSON and/or CVI Global Lux Oil and Gas 4 S.a.r.l. by the final judgment rendered by this Court, or by any Appellate Court if an appeal intervene, then this obligation shall be void, otherwise the same shall remain in full force and effect. However, in no event will the aggregate liability of the surety exceed TWO MILLION, FOUR HUNDRED THIRTY-FIVE THOUSAND, ONE HUNDRED EIGHTY AND 0/100 ($2,435,180.00), inclusive of interest and costs.

Witness our respective names, hereunder affixed by us this 28th day of September, 2014.

| Aspen American Insurance Company | CVI Global Lux Oil and Gas 4 S.a.r.l. |
|---|---|
| BY: _____ <br> Conway C. Marshall, Attorney-in-Fact for the surety | By: _____ <br> Michael A. Harowski <br> **FOWLER RODRIGUEZ** <br> 400 Poydras St., 30th Floor <br> New Orleans, LA  70130 <br> Telephone:  (504) 523-2600 <br> Fax: (504) 523-2705 <br> As Attorneys for CVI Global Lux Oil and Gas 4 S.a.r.l. and the M/V SAMPSON, *in rem* |

3



**ASPEN**

Aspen American Insurance Company
175 Capital Boulevard, Rocky Hill, CT 06067

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, THAT Aspen American Insurance Company, a corporation duly organized under the laws of the State of Texas, and having its principal offices in Rocky Hill, Connecticut, (hereinafter the "Company") does hereby make, constitute and appoint: **Clark Fitz-Hugh; Darlene A. Bornt; Conway C. Marshall; Elizabeth K. Wright; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Emily G. Lapeyre; Stephen Beahm; Kristine Donovan, Jessica Palmeri** of International Sureties, Ltd. its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge on behalf of the Company, at any place within the United States, the following instrument(s) by his/her sole signature and act: any and all bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto, and to bind the Company thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Company. All acts of said Attorney(s)-in-Fact done pursuant to the authority herein given are hereby ratified and confirmed.

This appointment is made under and by authority of the following Resolutions of the Board of Directors of said Company effective on April 7, 2011, which Resolutions are now in full force and effect;

VOTED: All Executive Officers of the Company (including the President, any Executive, Senior or Assistant Vice President, any Vice President, any Treasurer, Assistant Treasurer, or Secretary or Assistant Secretary) may appoint Attorneys-in-Fact to act for and on behalf of the Company to sign with the Company's name and seal with the Company's seal, bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said Executive Officers at any time may remove any such appointee and revoke the power given him or her.

VOTED: The foregoing authority for certain classes of officers of the Company to appoint Attorneys-in-Fact by virtue of a Power of Attorney to sign and seal bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, as well as to revoke any such Power of Attorney, is hereby granted specifically to the following individual officers of Aspen Specialty Insurance Management, Inc.:

**Michael Toppi**, Executive Vice President, **Scott Sadowsky**, Senior Vice President, **Kevin Gillen**, Senior Vice President, **Mathew Raino**, Vice President, and **Ryan Field**, Assistant Vice President.

This Power of Attorney may be signed and sealed by facsimile (mechanical or printed) under and by authority of the following Resolution voted by the Boards of Directors of Aspen American Insurance Company, which Resolution is now in full force and effect:

VOTED: That the signature of any of the Officers identified by title or specifically named above may be affixed by facsimile to any Power of Attorney for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any and all consents incident thereto, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company. Any such power so executed and certified by such facsimile signature and/or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking so executed.

IN WITNESS WHEREOF, Aspen American Insurance Company has caused this instrument to be signed and its corporate seal to be hereto affixed this 16th day of June, 2014.

STATE OF CONNECTICUT
                SS. ROCKY HILL
COUNTY OF HARTFORD

Aspen American Insurance Company

_Scott Sadowsky_
Scott Sadowsky, Senior Vice President

On this 16th day of June, 2014 before me personally came Scott Sadowsky to me known, who being by me duly sworn, did depose and say; that he/she is Senior Vice President, of Aspen American Insurance Company, the Company described in and which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; and that he/she executed the said instrument on behalf of the Company by authority of his/her office under the above Resolutions thereof.

_Patricia C. Taber_
Notary Public
My commission expires: May 31, 2016

### CERTIFICATE

I, the undersigned, Scott Sadowsky of Aspen American Insurance Company, a stock corporation of the State of Texas, do hereby certify that the foregoing Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolutions of the Boards of Directors, as set forth above, are now and remain in full force and effect.

Given under my hand and seal of said Company, in Rocky Hill, Connecticut, this **28** day of **September 2014**

By: _Scott Sadowsky_        Name: Scott Sadowsky, Senior Vice President

* For verification of the authenticity of the Power of Attorney you may call (860) 760-7728 or email:Patricia.Taber@aspen-insurance.com